UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK RYAN JOHNSON                                            CIVIL ACTION

VERSUS                                                          NO. 22-119

JUDGE BRIAN ABELS                                               SECTION M(1)

## ORDER

Having considered the complaint, the record, the applicable law, the Report and Recommendation ("R&R") of the United States Magistrate Judge (R. Doc. 5), and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that Patrick Ryan Johnson's 42 U.S.C. § 1983 complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 15th day of March, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE